### ROY BICKLE V. THE STATE.

No. 9937.    Delivered January 13, 1926.

**Robbery—No Statement of Facts—No Bill of Exceptions.**

This record is before us without a statement of facts, nor bill of exception, and, no error appearing, the judgment will be affirmed.

Appeal from the Criminal District Court No. 2 of Dallas County. Tried below before the Hon. C. A. Pippen, Judge.

Appeal from a conviction for robbery, penalty ten years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in Criminal District Court No. 2 of Dallas County, of robbery, and his punishment fixed at ten years in the penitentiary.

The record is before us without statement of facts or bill of exceptions. The indictment correctly charges the offense and is followed by the charge of the court.

No error appearing, the judgment will be affirmed.

*Affirmed.*